UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINELITE,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LEDALITE ARCHITECTURAL PRODUCTS,<br><br>　　　　Defendants. | Case No. C 10-1276 MMC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Cynthia D. Vreeland, an active member in good standing of the bars of the United States District Court for the Districts of Massachusetts and Texas, whose business address is 60 State Street, Boston, MA 02109 and whose telephone number is (617) 526-6000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *Pro Hac Vice* basis, representing LEDALITE ARCHITECTURAL PRODUCTS.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 14, 2010

　　　　　　　　　　　　　　　　　　　　　　　Maxine M. Chesney
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

(PROPOSED) ORDER GRANTING *PRO HAC VICE*