| | |
|---|---|
| Karen I. Boyd (State Bar No. 189808)<br>　*boyd@turnerboyd.com*<br>Joshua M. Masur (State Bar No. 203510)<br>　*masur@turnerboyd.com*<br>TURNER BOYD LLP<br>2625 Middlefield Road #675<br>Palo Alto, California 94306<br>Telephone:  (650) 924-1475<br>Facsimile:  (650) 472-8028<br><br>Attorneys for Plaintiff<br>FINELITE, INC. | Keith Slenkovich (State Bar No. 129793)<br>　*keith.slenkovich@wilmerhale.com*<br>Toby Mock (State Bar No. 265004)<br>　*tobias.mock@wilmerhale.com*<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1117 California Avenue<br>Palo Alto, California 94304<br>Telephone:  (650) 858-6000<br>Facsimile:  (650) 858-6100<br><br>Cynthia D. Vreeland (pro hac vice)<br>　*cynthia.vreeland@wilmerhale.com*<br>Joel Cavanaugh (pro hac vice)<br>　*joel.cavanaugh@wilmerhale.com*<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>Attorneys for Defendant<br>LEDALITE ARCHITECTURAL<br>PRODUCTS |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINELITE, INC.,<br><br>　　　　　　*Plaintiff,*<br><br>　　v.<br><br>LEDALITE ARCHITECTURAL PRODUCTS,<br><br>　　　　　　*Defendant.* | Case No. C-10-01276-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATES OF CASE MANAGEMENT CONFERENCE AND HEARING ON MOTION TO DISMISS**<br><br>Before:　Hon. Maxine M. Chesney<br>Date:　　Friday, July 16, 2010, 10:30am<br>In:　　　Courtroom No. 7, 19th Floor |

Pursuant to Civil L.R. 6-2, plaintiff Finelite, Inc. ("Finelite") and defendant Ledalite Architectural Products ("Ledalite") hereby stipulate and jointly request that, for the reasons set forth in the accompanying Declaration of Joshua M. Masur, the Court reschedule the Case Management Conference, currently calendared for July 16, 2010, and the hearing on Ledalite's motion to dismiss

Finelite's California Unfair Competition Law claims pursuant to Fed. R. Civ. P. 12(b)(6). The Parties request that the Case Management Conference and hearing on the motion to dismiss be rescheduled for September 3, 2010, or as the Court's calendar permits. There have been no previous time modifications in this case, and because there is no schedule currently set in the case, the requested time modification would not affect the schedule.

Dated: July 7, 2010                    TURNER BOYD LLP

                                       By: /s/
                                           Joshua M. Masur

                                       Attorneys for Plaintiff
                                       FINELITE, INC.

Dated: July 7, 2010                    WILMER CUTLER PICKERING
                                       HALE AND DORR LLP

                                       By: /s/
                                           Joel Cavanaugh

                                       Attorneys for Defendant
                                       LEDALITE ARCHITECTURAL PRODUCTS

***PURSUANT TO STIPULATION, IT IS SO ORDERED***. Specifically, the hearing on defendant's motion to dismiss is continued to September 3, 2010, and the Case Management Conference is continued to October 1, 2010.

Dated: July 8, 2010                    By: /s/ Susan Illston for
                                           Hon. Maxine M. Chesney
                                           United States District Judge

*Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that concurrence in the filing of the document has been obtained from the signatory.*