Keith Slenkovich (State Bar No. 129793)
*keith.slenkovich@wilmerhale.com*
Toby Mock (State Bar No. 265004)
*tobias.mock@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
1117 California Avenue
Palo Alto, California 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

Cynthia D. Vreeland (pro hac vice)
*cynthia.vreeland@wilmerhale.com*
Joel Cavanaugh (pro hac vice)
*joel.cavanaugh@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Defendant
LEDALITE ARCHITECTURAL
PRODUCTS

Karen I. Boyd (State Bar No. 189808)
*boyd@turnerboyd.com*
Joshua M. Masur (State Bar No. 203510)
*masur@turnerboyd.com*
TURNER BOYD LLP
2625 Middlefield Road #675
Palo Alto, California 94306
Telephone:  (650) 924-1475
Facsimile:  (650) 472-8028

Attorneys for Plaintiff
FINELITE, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINELITE, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>LEDALITE ARCHITECTURAL<br>        PRODUCTS,<br><br>  Defendant. | No. C 10-1276 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CHANGE DATE OF CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Before: Hon. Maxine M. Chesney<br><del>Date:   Friday, October 1, 2010, 10:30am</del><br>In:        Courtroom No. 7, 19th Floor |

Pursuant to Civil L.R. 6-2, plaintiff Finelite, Inc. ("Finelite") and defendant Ledalite Architectural Products ("Ledalite") hereby stipulate and jointly request that, for the reasons set forth in the accompanying Declaration of Joel Cavanaugh, the Court reschedule the Case

1

STIPULATED MOTION TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE
CASE NO. 10-1276-MMC

1  Management Conference, currently calendared for October 1, 2010.  The Parties request that the
2  Case Management Conference be rescheduled for December 3, 2010, or as the Court's calendar
3  permits.  Because there is no schedule currently set in the case, the requested time modification
4  will not impact the schedule.

5  DATED:  September 20, 2010                        WILMER CUTLER PICKERING HALE AND
                                                    DORR LLP
6
7                                                   By:  ___/S/_____
                                                          Joel Cavanaugh
8                                                   ATTORNEYS FOR DEFENDANT LEDALITE
                                                    ARCHITECTURAL PRODUCTS
9

10
11 DATED:  September 20, 2010                        TURNER BOYD LLP

12                                                  By:  ___/S/_____
                                                          Joshua M. Masur
13                                                  ATTORNEYS FOR PLAINTIFF FINELITE,
                                                    INC.
14

15

16

17 *PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Case Management
   Conference is continued to December 3, 2010.*  A Joint Case Management Statement shall be
18 filed no later than November 24, 2010.

19 Dated:  September 21, 2010                        By: _____
                                                         Hon. Maxine M. Chesney
20                                                       United States District Judge

21

22

23                                  SIGNATURE ATTESTATION
24     I hereby attest that concurrence in the filing of this document has been obtained from
   Plaintiff Finelite, Inc.  I declare under penalty of perjury of the laws of the United States that the
25 foregoing is true and correct.
       Executed this 20th day of September, 2010, at Boston, Massachusetts.
26
                                                    ___/S/_____
27                                                  Joel Cavanaugh
28

Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

## DECLARATION OF JOEL CAVANAUGH

I, Joel Cavanaugh, declare:

1. I am an associate in the firm of Wilmer Cutler Pickering Hale and Dorr LLP, attorney of record for defendant Ledalite Architectural Products ("Ledalite"), and am admitted *pro hac vice* for this case. I make this declaration of my own personal knowledge and could and would testify to the facts contained in this Declaration.

2. On May 11, 2010, the Court set a Case Management Conference in this action for July 16, 2010, requiring that the parties file a Joint Case Management Statement by July 9, 2010. (D.I. 12.)

3. On June 18, 2010, Ledalite moved to dismiss defendant Finelite, Inc.'s ("Finelite") California Unfair Competition Law claims pursuant to Fed. R. Civ. P. 12(b)(6), and calendared the hearing on the motion for July 30, 2010. (D.I. 22.)

4. On July 7, 2010, the parties jointly moved to reschedule both the Case Management Conference and the hearing on Ledalite's motion to dismiss for September 3, 2010. The motion was based, in part, on a settlement meeting between representatives of the parties scheduled for July 28, 2010. (D.I. 23.) Pursuant to this motion, on July 8, 2010, the Court rescheduled the hearing on the motion to dismiss for September 3, 2010, and the Case Management Conference for October 1, 2010. (D.I. 24.)

5. On August 26, 2010, after full briefing, the Court denied Ledalite's motion to dismiss. (D.I. 27.)

6. On September 8, 2010, pursuant to Local Civil Rule 6-1(a), the parties stipulated to an extension to the deadline for Ledalite to file its Answer to Finelite's Complaint to November 8, 2010, because the parties continued to engage in substantive settlement discussions and believed such an extension to the Answer deadline would further the likelihood of a settlement. (D.I. 28.) The parties continue to engage in settlement discussions at the present time.

7. The parties' proposed modification of the date of the Case Management Conference to December 3, 2010, requested herein, would allow the pleadings in the case to be closed

approximately four weeks before the Case Management Conference and approximately three weeks before the deadline for filing the Joint Case Management Statement, and therefore would enable the parties and the Court to engage in a more meaningful discussion of the parties' claims and defenses, as well as a discovery plan, at the Case Management Conference.

8. Because there is no schedule currently set in the case, the requested time modification would not affect the schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2010, at Boston, Massachusetts.

_____
Joel Cavanaugh