Keith Slenkovich (State Bar No. 129793)
keith.slenkovich@wilmerhale.com
Tobias Mock (State Bar No. 265004)
tobias.mock@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Tel. (650) 858-6000
Fax. (650) 858-6100

Cynthia D. Vreeland (admitted *pro hac vice*)
cynthia.vreeland@wilmerhale.com
Joel Cavanaugh (admitted *pro hac vice*)
joel.cavanaugh@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel. (617) 526-6000
Fax. (617) 526-5000

Attorneys For Defendant
LEDALITE ARCHITECTURAL
PRODUCTS

Karen I. Boyd (State Bar No. 189808)
boyd@turnerboyd.com
Joshua M. Masur (State Bar No. 203510)
masur@turnerboyd.com
TURNER BOYD LLP
2570 W. El Camino Real, Suite 380
Mountain View, California 94040
Telephone (650) 521-5930
Facsimile (650) 521-5931

Attorneys for Plaintiff
FINELITE, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

FINELITE, INC.,

                              Plaintiff,

          vs.

LEDALITE ARCHITECTURAL
          PRODUCTS,

                              Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. C-10-1276-MMC

ORDER GRANTING
STIPULATION ~~AND [PROPOSED] ORDER~~ TO CHANGE DATE OF CASE MANAGEMENT CONFERENCE

Before:  Hon. Maxine M. Chesney
Date:    Dec. 3, 2010, 10:30 a.m.
In:      Courtroom No. 7, 19th Floor

Pursuant to Civil L.R. 6-2, plaintiff Finelite, Inc. ("Finelite") and defendant Ledalite

Architectural Products ("Ledalite") hereby stipulate and jointly request that, for the reasons set

forth in the accompanying Declaration of Joel Cavanaugh, the Court reschedule the Case

Management Conference, currently calendared for December 3, 2010.  The Parties request that

the Case Management Conference be rescheduled for January 21, 2011, or as the Court's

calendar permits.  Because there is no schedule currently set in the case, the requested time

modification would not affect the schedule.


DATED:  November 24, 2010          WILMER CUTLER PICKERING HALE
                                   AND DORR LLP

                                   By:  _/S/_____
                                        Joel Cavanaugh

                                   ATTORNEYS FOR DEFENDANT
                                   LEDALITE ARCHITECTURAL
                                   PRODUCTS

DATED:  November 24, 2010          TURNER BOYD LLP

                                   By:  _/S/_____
                                        Joshua M. Masur

                                   ATTORNEYS FOR PLAINTIFF FINELITE,
                                   INC.


***PURSUANT TO STIPULATION, IT IS SO ORDERED,*** and the Case Management
Conference is CONTINUED to January 21, 2011.

Dated:  _November 29, 2010_____          By: _____
                                          Hon. Maxine M. Chesney
                                          United States District Judge


<u>SIGNATURE ATTESTATION</u>

        Pursuant to Paragraph X.B of General Order No. 45, the filer hereby attests that
concurrence in the filing of this document has been obtained from the signatory.

                                        _/S/_____
                                        Joel Cavanaugh