Karen I. Boyd (State Bar No. 189808)
  *boyd@turnerboyd.com*
Joshua M. Masur (State Bar No. 203510)
  *masur@turnerboyd.com*
TURNER BOYD LLP
2570 West El Camino Real
Suite 380
Mountain View, California 94040
Telephone:  (650) 521-5930
Facsimile:  (650) 521-5931

Attorneys for Plaintiff
FINELITE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINELITE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> LEDALITE ARCHITECTURAL PRODUCTS, <br><br> *Defendant.* | Case No. C-10-01276-MMC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(l), plaintiff Finelite, Inc., hereby dismisses this action against defendant Ledalite Architectural Products without prejudice, and without costs to any party.

Dated:  December 15, 2010    TURNER BOYD LLP

                By:*/s/*_____
                  Joshua M. Masur

                Attorneys for Plaintiff
                FINELITE, INC.